# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2874

_____

DELMETRICE ROGERS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

November 10, 2025

PER CURIAM.

    DISMISSED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William R. Ponall of Ponall Law, Maitland, for Petitioner.

No appearance for Respondent.